UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIENT EXPRESS CONTAINER CO., LTD.,

Plaintiff,

-against-

RAD-SOLUTIONS, LLC.,

Defendant.

25 CIVIL 10293 (JLR)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated October 26, 2026, Plaintiff's request for jurisdictional discovery is DENIED. Defendant's motion to dismiss under Rule 12(b)(2) is GRANTED, and Plaintiff's claims against Defendant are DISMISSED without prejudice. Plaintiff's request for leave to amend is DENIED as futile in light of the Amended Verified Complaint's jurisdictional defects; accordingly, the case is closed.

**Dated:** New York, New York
October 28, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**